UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VALENCIA,<br><br>                 Petitioner,<br><br>      v.<br><br>W.L. MONTGOMERY, Warden,<br><br>                 Respondent. | Case No. LACV 14-2598-MWF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

      Accordingly, IT IS ORDERED THAT:

      1.    The Report and Recommendation is approved and accepted;

      2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

      3.    The Clerk serve copies of this Order on the parties.

DATED:  November 2, 2016                              _____
                                                                       HONORABLE MICHAEL W. FITZGERALD
                                                                       UNITED STATES DISTRICT JUDGE