# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VALENCIA,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　　　　　Respondent. | Case No. LACV 14-2598-MWF (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE